## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**-vs-**                                                          **Case No.  6:05-cr-210-Orl-22JGG**

**IVETTE FUENTES**

_____

## ORDER AND NOTICE
## OF SHOW CAUSE HEARING

This cause comes before the Court on a Report and Recommendation (Doc. No. 44),

entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing

pursuant to Local Rule 6.01(c)(16) on May 11, 2007.

After an independent *de novo* review of the record in this matter, and noting that no

objections were filed, the Court agrees entirely with the findings of fact and conclusions of law

in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation entered May 11, 2007 (Doc. No. 44) is

**ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Defendant shall personally appear before this court on **WEDNESDAY, June

13, 2007, at 9:00 A.M.**, at the George C. Young U.S. Courthouse & Federal Building, 80 North

Hughey Avenue, Sixth Floor, Courtroom 2, Orlando, Florida, 32801, and shall show cause why

probation should not be revoked.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 29, 2007.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
United States Magistrate Judge
United States Marshals Service
United States Probation Office
Courtroom Deputy
Ivette Fuentes